NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRUEPOSITION INC.,**
*Appellant*

**v.**

**POLARIS WIRELESS, INC.,**
*Appellee*

---

2015-1330

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00323.

---

**JUDGMENT**

---

MICHAEL J. BONELLA, Condo Roccia Koptiw LLP, Philadelphia, PA, argued for appellant. Also represented by MICHAEL JORDAN.

JASON PAUL DEMONT, Kaplan, Breyer, Schwarz & Ottesen, LLP, Matawan, NJ, argued for appellee. Also represented by KENNETH OTTESEN; VINCENT MCGEARY, MICHAEL CUKOR, McGeary Cukor LLC, Morristown, NJ; BRAD PEDERSEN, Patterson Thuente Pedersen, P.A., Minneapolis, MN.

JOSEPH MATAL, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SCOTT WEIDENFELLER, JEREMIAH HELM.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, BRYSON, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 15, 2015                 /s/ Daniel E. O'Toole
        Date                          Daniel E. O'Toole
                                       Clerk of Court